States. *Searcy L. Johnson* for the Liverpool & London & Globe Insurance Co., Ltd.; and *Arthur S. Goldberg* for the Sunnyland Wholesale Furniture Co., respondents.

No. 643. UNITED STATES *v.* SCOVIL ET AL. Supreme Court of South Carolina. Certiorari granted. *Solicitor General Soboloff* for the United States. *Thomas A. Wofford* for respondents.

No. 3. HOLCOMBE, MAYOR OF HOUSTON, ET AL. *v.* BEAL ET AL. C. A. 5th Cir. Certiorari denied. *Douglas W. McGregor* for petitioners.

No. 156. WICHITA FALLS JUNIOR COLLEGE DISTRICT ET AL. *v.* BATTLE ET AL. C. A. 5th Cir. Certiorari denied. *Guy Rogers* and *C. C. McDonald* for petitioners.

No. 583. HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL. *v.* BANKS ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *George O. Bahrs* and *Henry C. Clausen* for petitioners. *Loren Miller* for respondents.

No. 662. SANZO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 667. BENATAR ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Leo R. Friedman* for peti-